**E-filed 5/31/07**

JACK B. MCCOWAN, JR. (SBN 062056)
JUAN D. WALKER (SBN 208008)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
(415) 986-5900
(415) 986-8054

Attorneys for Defendants
SALESIAN SOCIETY (sued herein as
SALESIANS OF DON BOSCO,
dba CAMP ST. FRANCIS)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| ROBIN MOREL,<br><br>    Plaintiff,<br><br>vs.<br><br>SALESIANS OF DON BOSCO, dba CAMP ST. FRANCIS, DOES 1-50; inclusive,<br><br>    Defendants. | CASE NO. C07 01263 JF PVT<br><br>**STIPULATION & [~~PROPOSED~~]<br>ORDER FOR RELIEF FROM ORDER<br>SETTING INITIAL CASE<br>MANAGEMENT CONFERENCE AND<br>ADR DEADLINES**<br><br>Complaint Filed: March 2, 2007 |

WHEREAS defendant SALESIAN SOCIETY (sued herein as SALESIANS OF DON BOSCO, dba CAMP ST. FRANCIS) has filed a motion to dismiss plaintiff ROBIN MOREL's complaint pursuant to Federal Rule of Civil Procedure 12(b)(1) on the basis that this court lacks subject matter jurisdiction because there is a lack of complete diversity of citizenship; and,

WHEREAS the motion to dismiss is scheduled to be heard by this court on July 20, 2007 and,

WHEREAS counsel for the parties have met and conferred and agree that the resolution of this motion to dismiss for lack of subject matter jurisdiction should be decided before the parties and the court invest time and expense in case management and/or alternate dispute resolution ("ADR"); and,

THEREFORE, IT IS HEREBY STIPULATED, by and between the parties, through their attorneys, that the parties' case management and ADR obligations including the Initial Case Management Conference scheduled for June 8, 2007 as described in the Order Setting Initial Case Management and ADR Deadlines should be suspended pending resolution of defendants' motion to dismiss.

Dated: May 23, 2007                    SHEUERMAN, MARTINI & TABARI

                                       By: /s/_____
                                           ALAN L. MARTINI
                                           Attorneys for Plaintiff

Dated: May 23, 2007                    GORDON & REES LLP

                                       By:/s/_____
                                           JACK B. MCCOWAN, JR.
                                           Attorneys for Defendant
                                           SALESIAN SOCIETY (sued herein as
                                           SALESIANS OF DON BOSCO, dba CAMP
                                           ST. FRANCIS)

**ORDER**

Good cause appearing therefore based on the above stipulation of the parties, IT IS HEREBY ORDERED that the parties are relieved of their obligations described in the Order Setting Initial Case Management and ADR Deadlines and that the Initial Case Management Conference scheduled for June 8, 2007 is suspended pending resolution of the defendant's motion to dismiss for lack of subject matter jurisdiction.

Further CMC is scheduled for Friday, Sept. 7, 2007 at 10:30 AM.

Dated:  5/31   , 2007                  _____
                                       United States District Court Judge
                                       Jeremy Fogel

CHRS/1032901/1219355v.1

-2-
STIPULATION & [PROPOSED] ORDER FOR RELIEF FROM ORDER
SETTING INITIAL CMC AND ADR DEADLINES - CASE NO. C07 01263 JF PVT