**E-Filed 11/20/2007**

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBIN MOREL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SALESIANS OF DON BOSCO, dba CAMP ST. FRANCIS, DOES 1-50, inclusive,<br><br>　　　　　　Defendants. | Case Number C 07-01263 JF PTV<br><br>JUDGMENT |

　　The parties' arguments having been considered and a decision having been rendered, IT IS HEREBY ORDERED that judgment be entered for Defendant and against Plaintiff and that the Clerk of the Court close the file.

DATED: November 19, 2007.

_____
JEREMY FOGEL
United States District Judge

Case No. C07-01263
JUDGMENT
(JFLC1)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2
Case No. C 07-01236
ORDER GRANTING MOTION TO DISMISS FOR LACK OF JURISDICTION
(JFLC1)