MC-355

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Alan L. Martini, SB No. 77316<br>SHEUERMAN, MARTINI & TABARI<br>1033 Willow Street<br>San Jose, CA 95125<br>TELEPHONE NO.: 408.288.9700  FAX NO. (Optional): 408.295.9900<br>E-MAIL ADDRESS (Optional): amartini@smtlaw.com<br>ATTORNEY FOR (Name): Plaintiff | **FILED**<br>SEP 1 6 2008<br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: UNITED STATES DISTRICT COURT
MAILING ADDRESS: NORTHERN DISTRICT OF CALIFORNIA
CITY AND ZIP CODE: 280 So. First Street
BRANCH NAME: San Jose, CA 95113

CASE NAME: ROBIN MOREL v. SALESIANS OF DON BOSCO, dba CAMP ST. FRANCIS, ET AL.

| ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT | CASE NUMBER:<br>C07 01263 JF PVT |
|---|---|

1. The petition of (name): RONALD RAYMOND MOREL
   as (specify capacity): Guardian ad litem
   blocked accounts came on for hearing on (date):
   in Dept.:
   to deposit funds in a blocked account or
   at (time):

**THE COURT ORDERS**

2. Money that belongs to (name): ROBIN ANDREA MOREL
   shall be deposited in an interest-bearing, federally insured blocked account or accounts.

3. Each account shall indicate the name of the minor or other person who owns the account.

4. The total amount authorized for deposit, including any accrued interest, is: $ 48,794.28

5. Withdrawals (check a or b):
   a. [X] No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court. The money on deposit is not subject to escheat.
   b. [ ] The blocked account or accounts belong to a minor. The minor was born on (date):
      No withdrawals of principal or interest shall be made from the blocked account or accounts without a written order under this case name and number, signed by a judge, and bearing the seal of this court, until the minor attains the age of 18 years. When the minor attains the age of 18 years, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all moneys including interest deposited under this order. The money on deposit is not subject to escheat.

6. The petitioner and the petitioner's attorney, if any, shall deliver a copy of this order to each depository in which funds are deposited under this order. The depository's acknowledgment of receipt of the order and the funds shall be filed with this court within 15 days of deposit.

Date: 9-12-08

_____
JUDGE OF THE SUPERIOR COURT

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
MC-355 [Rev. January 1, 2007]

**ORDER TO DEPOSIT MONEY INTO BLOCKED ACCOUNT**

Legal Solutions Plus

Code of Civil Procedure, § 372;
Probate Code, § 3600, et seq.
Cal. Rules of Court, rules 3.1384, 7.953